NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

—————————

**UNITED STATES,**

*Plaintiff-Appellant*

v.

**GILEAD SCIENCES, INC., GILEAD SCIENCES IRELAND UC,**

*Defendants-Appellees*

—————————

2024-2069

—————————

Appeal from the United States District Court for the District of Delaware in No. 1:19-cv-02103-MN, Judge Maryellen Noreika.

—————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                        US v. Gilead Sciences, Inc.


(2)  Each side shall bear their own costs.

FOR THE COURT


<u>January 17, 2025</u>
Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** January 17, 2025